No. 99–5656. MENDLOW *v.* UNIVERSITY OF WASHINGTON ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–5658. MORELAND *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5659. MCKENNA *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 99–5660. LEGGETT *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5662. WOODS *v.* CAESAR ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–5680. MCCLAIN *v.* PRYOR, ATTORNEY GENERAL OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5681. LEACH *v.* ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 99–5685. CUMMINGS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 99–5686. FRAZIER *v.* MONTANA STATE PRISON ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5687. DOUGLAS *v.* LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5689. DODSON *v.* LEONARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–5690. DAVIS *v.* EARHART ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5692. HOLLIDAY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5693. DIAL *v.* DELOACH, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.